# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

**CHAMBERS OF**
**KENT A. JORDAN**
**DISTRICT JUDGE**

**LOCKBOX 10**
**844 KING STREET**
**U.S. COURTHOUSE**
**WILMINGTON, DELAWARE 19801**

August 10, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

    Re:    Calendar Year 2005 Filing

Dear Committee Members:

    In accordance with the July 25, 2006 letter from Judge Smith to me, enclosed is an original and three (3) copies of my amended 2005 Financial Disclosure Report.

    If you have any questions, or require any further information, please let me know.

Very truly yours,



Kent A. Jordan

KAJ:cas
Enclosures

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A | 2. Court or Organization<br><br>U.S. District Court - Delaware | 3. Date of Report<br><br>08/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>844 King Street<br>Lock Box 10<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Richard S. Rodney Inn of Court |
| 2. Advisory Board | Georgetown University E-Discovery Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
| --- | --- | --- |
| 1. 03/2005 | Vanderbilt University - teaching | $ 6,000 |
| 2. 09/2005 | University of Pennsylvania School of Law | $ 10,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
| --- | --- |
| 1. U.S. District Court | Philadelphia, PA - Model Civil Jury Ins. Comittee 1/12/05, 4/13/05, 5/11/05, 6/8/05, 9/14/05, 10/19/05, 12/14/05 (transportation) |
| 2. Utah State Bar | Salt Lake City, UT - 3/5-6/05 Speaker at Bar program (transportation and food) |
| 3. Temple University | Philadelphia, PA - 2/24/05 Environmental Technology & Innovation (transportation) |
| 4. Vanderbuilt University | Nashville, TN - 3/19-26/05 Teach (transportation, food and lodging) |
| 5. Federal Circuit Bar Assn. | Kiawah Island, SC - 6/23/05 Fed. Cir. Bench & Bar (transportation and food) |
| 6. FJC | Washington, DC - 7/10-12/05 Nat'l Sentencing Policy Institute Cnf. (transportation, food and lodging) |
| 7. University of Washington Law School | Seattle, WA - 07/22-23/05 High Technology Protection Summit (transportaion, food and |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

|  |  |
|---|---|
|  | lodging) |
| 8. Intellectual Property Owners, Inc. | Seattle, WA - 9/11-12/05 IPO Annaul Meeting (transportation, food and lodging) |
| 9. The American Law Institute | Chicago, IL - 09/29-30/05 ALI-ABA Patent Cnf. (transportation, food and lodging) |
| 10. Federal Circuit Bar Assn. | New York, NY - 10/14/05 Columbia Law School (transportation) |
| 11. Jefferson Law School | San Diego, CA - 11/3-4/05 Jefferson Law School Symposium (transportation, food and lodging) |
| 12. Georgetown University | Washington, DC - 11/17-18/05 E-Discovery Seminar - Georgetown School of Law (transportation, food and lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Cod 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. Profunds Mid-Cap | None | | | | sold | 4/15 | J | A | |
| 3. | | | | | partial sale | 4/15 | J | A | |
| 4. | | | | | sold | 4/29 | J | A | |
| 5. | | | | | sold | 4/29 | J | | |
| 6. | | | | | buy | 10/29 | J | | |
| 7. | | | | | sold | 4/29 | J | | |
| 8. Profunds Small-Cap Value | None | | | | sold | 1/13 | J | | |
| 9. | | | | | sold | 1/13 | K | | |
| 10. Potomac Dynamic High Yield | None | | K | T | buy | 9/10 | K | | |
| 11. | | | | | sold | 12/10 | K | A | |
| 12. | | | | | buy | 10/14 | J | | |
| 13. | | | | | sold | 12/10 | J | | |
| 14. | | | | | buy | 11/9 | J | | |
| 15. | | | | | sold | 12/10 | J | | |
| 16. Rydex Nova Investors Trust | None | | | | sold | 1/24 | K | A | |
| 17. Mutual Qualified Class A | B | Dividend | J | T | buy | 6/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | buy | 7/13 | J | | |
| 19. Mutual Shares Class A | B | Dividend | K | T | buy | 8/12 | K | | |
| 20. Janus Core Equity | | None | K | T | buy | 9/23 | K | | |
| 21. Schwab Hedged Equity Fund | A | Dividend | K | T | buy | 11/3 | K | | |
| 22. Rydex Series Trust OTC Fund | | None | K | T | buy | 11/11 | K | | |
| 23. Gateway Index Plus Fund | A | Dividend | J | T | buy | 12/1 | J | | |
| 24. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 25. Brokerage Account #2 | | | | | | | | | |
| 26. Profunds Small-Cap Value | | None | | | sold | 1/13 | J | | |
| 27. Profunds Mid-Cap | | None | | | sold | 4/15 | J | A | |
| 28. | | | | | partial sale | 4/15 | J | | |
| 29. | | | | | sold | 4/29 | J | | |
| 30. Rydex Nova Investors Trust | | None | | | sold | 1/24 | J | | |
| 31. Mutual Discovery-Class A | | None | | | buy | 6/15 | J | | |
| 32. | | | | | sold | 9/26 | J | | |
| 33. | | | | | buy | 7/13 | J | | |
| 34. | | | | | sold | 9/26 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,000 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Victory Special Value A | | None | | | buy | 9/23 | J | | |
| 36. | | | | | sold | 9/26 | J | | |
| 37. Schwab Hedged Equity Fund | | None | J | T | buy | 11/3 | J | | |
| 38. Rydex Series Trust OTC Fund | | None | J | T | buy | 11/4 | J | | |
| 39. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 40. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 41. ING Direct (CD) | A | Interest | J | T | | | | | |
| 42. ING Direct (Money Market Accts) | A | Interest | J | T | | | | | |
| 43. Millbrook Capital Partners LLC | A | Int/Dist | | | sold | 12/26 | K | | |
| 44. Texico/Chevron Corp. Common Stock (X) | A | Dividend | J | T | | | | | |
| 45. Texico/Chevron Corp. Common Stock (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 08/11/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 6 was inadvertently omitted from the 2004 Financial Disclosure Report. It was purchased in 2004, and sold in 2005, as evidenced on line 7.

Section VII, lines 10-15 were inadvertently omitted from the 2004 Financial Disclosure Report. These funds were all purchased and sold in 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date_____ 8/10/06 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Jordan, Kent A | 2. Court or Organization<br><br>U.S. District Court - Delaware | 3. Date of Report<br><br>05/11/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☒ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>844 King Street<br>Lock Box 10<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. President | Richard S. Rodney Inn of Court |
| 2. Advisory Board | Georgetown University E-Discovery Institute |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/11/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 03/2005 | Vanderbilt University - teaching | $ 6,000 |
| 2. 09/2005 | University of Pennsylvania School of Law | $ 10,000 |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. U.S. District Court | Philadelphia, PA - Model Civil Jury Ins. Comittee 1/12/05, 4/13/05, 5/11/05, 6/8/05, 9/14/05, 10/19/05, 12/14/05 (transportation) |
| 2. Utah State Bar | Salt Lake City, UT - 3/5-6/05 Speaker at Bar program (transportation and food) |
| 3. Temple University | Philadelphia, PA - 2/24/05 Environmental Technology & Innovation (transportation) |
| 4. Vanderbuilt University | Nashville, TN - 3/19-26/05 Teach (transportation, food and lodging) |
| 5. Federal Circuit Bar Assn. | Kiawah Island, SC - 6/23/05 Fed. Cir. Bench & Bar (transportation and food) |
| 6. FJC | Washington, DC - 7/10-12/05 Nat'l Sentencing Policy Institute Cnf. (transportation, food and lodging) |
| 7. Washington Law School | Seattle, WA - 07/22-23/05 High Technology Protection Summit (transportaion, food and |

|  | lodging) |
|---|---|
| 8. Intellectual Property Owners, Inc. | Seattle, WA - 9/11-12/05 IPO Annaul Meeting (transportation, food and lodging) |
| 9. The American Law Institute | Chicago, IL - 09/29-30/05 ALI-ABA Patent Cnf. (transportation, food and lodging) |
| 10. Federal Circuit Bar Assn. | New York, NY - 10/14/05 Columbia Law School (transportation) |
| 11. Jefferson Law School | San Diego, CA - 11/3-4/05 Jefferson Law School Symposium (transportation, food and lodging) |
| 12. Georgetown University | Washington, DC - 11/17-18/05 E-Discovery Seminar - Georgetown School of Law (transportation, food and lodging) |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/11/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 | | | | | | | | | |
| 2. Profunds Mid-Cap | | None | J | T | sold | 4/15 | J | | |
| 3. | | None | J | T | partial sale | 4/15 | J | | |
| 4. | | | | | sold | 4/29 | J | A | |
| 5. | | None | J | T | sold | 4/29 | J | | |
| 6. | | | | | buy | 10/29 | J | | |
| 7. | | None | J | T | sold | 4/29 | J | | |
| 8. Profunds Small-Cap Value | | None | J | T | sold | 1/13 | J | | |
| 9. | | None | K | T | sold | 1/13 | K | | |
| 10. Potomac Dynamic High Yield | | | | | buy | 9/10 | K | A | |
| 11. | | | | | sold | 12/10 | K | | |
| 12. | | | | | buy | 10/14 | J | | |
| 13. | | | | | sold | 12/10 | J | | |
| 14. | | | | | buy | 11/9 | J | | |
| 15. | | | | | sold | 12/10 | J | | |
| 16. Rydex Nova Investors Trust | | None | K | T | sold | 1/24 | K | A | |
| 17. Mutual Qualified Class A | | | | | buy | 6/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | buy | 7/13 | J | | |
| 19. | B | Dividend | | | buy | 12/23 | J | | |
| 20. Mutual Shares Class A | | | | | buy | 8/12 | K | | |
| 21. | B | Dividend | | | buy | 12/23 | J | | |
| 22. Janus Core Equity | | | | | buy | 9/23 | K | | |
| 23. Schwab Hedged Equity Fund | | | | | buy | 11/3 | K | | |
| 24. | A | Dividend | J | T | buy | 12/22 | J | | |
| 25. Rydex Series Trust OTC Fund | | | | | buy | 11/11 | K | | |
| 26. Gateway Index Plus Fund | | | | | buy | 12/1 | J | | |
| 27. | A | Dividend | J | T | buy | 12/29 | J | | |
| 28. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 29. Brokerage Account #2 | | | | | | | | | |
| 30. Profunds Small-Cap Value | | None | J | T | sold | 1/13 | J | | |
| 31. Profunds Mid-Cap | | None | J | T | sold | 4/15 | J | A | |
| 32. | | None | J | T | partial sale | 4/15 | J | | |
| 33. | | | | | sold | 4/29 | J | | |
| 34. Rydex Nova Investors Trust | | None | J | T | sold | 1/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Kent A | 05/11/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Mutual Discovery-Class A | | | | | buy | 6/15 | J | | |
| 36. | | | | | sold | 9/26 | J | | |
| 37. | | | | | buy | 7/13 | J | | |
| 38. | | | | | sold | 9/26 | J | | |
| 39. Victory Special Value A | | | | | buy | 9/23 | J | | |
| 40. | | | | | sold | 9/26 | J | | |
| 41. Schwab Hedged Equity Fund | | | | | buy | 11/3 | J | | |
| 42. Rydex Series Trust OTC Fund | | | | | buy | 11/4 | J | | |
| 43. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 44. Fidelity Investment - Delaware College Investment | | None | J | T | | | | | |
| 45. ING Direct (CD) | A | Interest | J | T | | | | | |
| 46. ING Direct (Money Market Accts) | A | Interest | J | T | | | | | |
| 47. Millbrook Capital Partners LLC | A | Int/Dist | J | T | sold | 12/26 | K | | |
| 48. Texico/Chevron Corp. Common Stock (X) | | Dividend | J | T | | | | | |
| 49. Texico/Chevron Corp. Common Stock (X) | | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section VII, line 6 was inadvertently omitted from the 2004 Financial Disclosure Report. It was purchased in 2004, and sold in 2005, as evidenced on line 7.

Section VII, lines 10-15 were inadvertently omitted from the 2004 Financial Disclosure Report. These funds were all purchased and sold in 2004.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▮▮▮▮▮▮▮▮▮▮▮ Date 5/11/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. §104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544